IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Criminal Action
) No. 09-cr-00599
vs. )
)
LILIAN MARITZA YAGGI-VELASCO, )
)
    Defendant )

O R D E R

NOW, this 23rd day of June, 2011, upon consideration of the following motions:

    (1)    Albert J. Raman's Ex Parte Motion for Payment in Full, which undated motion was filed May 14, 2010 by counsel for defendant;

    (2)    Albert J. Raman's Second Ex Parte Motion for Payment in Full, which undated motion was presented September 21, 2010 by counsel for defendant together with a Petition for Certification, and filed June 7, 2011; and

    (3)    Albert J. Raman's Third Ex Parte Motion for Payment in Full, which motion was dated April 28, 2011, presented May 9, 2011 by counsel for defendant and filed June 7, 2011;

and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that each motion and the Petition for Certification are denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge